

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAY - 6 2022

ARTHUR JOHNSTON
BY                    DEPUTY

May 3, 2020

3:22cv242-CWR-LGI

i, James Anthony Johnson Sr. #00401-120, is filing An Complaint on the Federal Bureau of Prison of Yazoo city, And Yazoo city Low Medical staff And Dr. Chambers. This institution chose Job security than my health And well Being. This institution never gives it staff members covid 19 test. they only gives them An temperature check. So if you Are an staff member and you have symptoms and not an fever. The temperature check Bues no good. If An staff Member is Asymptomatic, then the temperature check is no good.

On December 7, 2020, I Recieved An Covid-19 test to go An Quarantine At the Yazoo city wisp to go to the camp At that time i just had an mild cough And cold An few days later i develops an fever. On December 10, I was pulled out of my room which was 3-1 Because i had tested positive for the covid-19 virus. I was then taking to I-1 to Quarantine for 14 days or Isolation and do 14 days to Recovery. My symptoms got worse. When the nurse came by I told her my symptoms And she told me that she will come back. She never come back. I Also Ask for pain medication. She told me to buy it off the commissary. so I had no medication.

my symptoms were: cough, cold, migraine headache, lack of sleep, nightmare, loss of taste, short term memory loss, tremendous weight loss, sore throat.

After i did 30 days in Quarantine I wrote medical And didn't get An Response. inmates that test positive for the virus After me was going back to their unit and they left me there. I was being Re-exposed to the virus i did exactly 91 days in Quarantine. I was there from December 7 2020 until March 6, 2021. How can they justify that.

Around September 15, I came back to YAZOO CITY U.S.P to Quarantine to go back to YAZOO CAMP. At that time i have had both VACCINES. My cell mate Dwight Latham come from an medium security prison to go to the low. we didn't suppose to be in the same cell becauz of security levels. He tested positive And i had symptome. I had a colo, cough, and a migraine headache. it lasted for about four days. They didn't test us for another 18 days. So my test results was negative. So thats twice that i have caught the Covid-19 virus. Not one time did they test the working officer or put them in Quarantine for 14 days. I have taken 10 covid-19 test since December 2020 just to transfer to another part of the institution or to a new institution.

The medical STAFF did not notify my FAMILY about me having the virus. I had my FAMILY to call down here to check on me. My FAMILY members said that the medical STAFF members was rude and disrespectful to them."

I would also like to point out that the YAZOO medical STAFF Falcified my medical records. in my medical records it says that i was only in Quarantine from December 10, 2020 to December 21, 2020. That is TOTAL FALSE.

I AM planning on filing An civil suit against this institution so plese send me any documentation that i need thank you

Submitted By
James A. Johnson Sr.  #00901-120