IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JAMES ANTHONY JOHNSON, SR.**                                                               **PLAINTIFF**

**V.**                                                              **CAUSE NO. 3:22-CV-242-CWR-LGI**

**FEDERAL BUREAU OF PRISON OF**                                               **DEFENDANTS**
**YAZOO CITY, YAZOO CITY LOW**
**MEDICAL STAFF, and DR. CHAMBERS**

## ORDER

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on November 30, 2023. Docket No. 33. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636(b)(1). *Id*.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as its own Order. Accordingly, this case is dismissed. A separate Final Judgment will issue.

**SO ORDERED**, this the 5th day of February, 2024.

                s/ Carlton W. Reeves
                UNITED STATES DISTRICT JUDGE